# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

EARNEST CARLO WHITE

NO. 2019 KW 1272

NOV 1 2 2019

In Re:  Ernest Carlo White, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 04-19-0701.

BEFORE:  WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.

**WRIT DENIED.** A just cause hearing should be held when the delay to institute prosecution has passed, a motion for release has been filed, and a bill of information or indictment is not filed before a hearing is held on the motion. See La. Code Crim. P. art. 701(B). See **State v. Varnall**, 539 So.2d 45 (La. 1989) (per curiam); **State v. Bell**, 2014-1046 (La. App. 1st Cir. 1/15/15), 169 So.3d 417, 425.

**VGW**
**WJC**

**Guidry, J.,** dissents and would not consider the writ application which appears to be untimely. See Uniform Rules of Louisiana Courts of Appeal, Rules 4-2 and 4-5.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT